| | | |
|---|---|---|
| **Kelly E. Petter, Esq.**<br>Partner<br><br>**Direct Dial/Fax/Text**<br>860.516.9144<br><br>**Email:**<br>kpetter@GerberCiano.com | GERBER CIANO KELLY BRADY LLP | **US Mail:**<br>Gerber Ciano Kelly Brady LLP<br>PO Box 1060<br>Buffalo, NY 14201<br><br>**Visit Us/FedEx/UPS:**<br>Gerber Ciano Kelly Brady LLP<br>100 Corporate Place, Suite 210<br>Rocky Hill, CT 06067 |

April 4, 2024

<u>**VIA ECF**</u>

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: *Greater New York Mutual Insurance Company v. The Travelers Indemnity Company of Connecticut,* 1:24-cv-00612-RA

Dear Judge Abrams,

  This law firm represents the interests of Greater New York Mutual Insurance Company ("GNY") in the above-referenced case. On February 2, 2024, this Court issued an order setting an initial conference for April 19, 2024 (Doc. No. 4) The Court also requested the parties submit a status letter and proposed management plan prior to the initial conference. Subsequently, the Court granted The Travelers Indemnity Company of Connecticut ("Travelers") an extension to answer GNY's complaint on or before April 15, 2024 (Doc. No. 8). Since Travelers was granted an extension of time to respond, GNY requests a thirty-day adjournment of the initial conference to provide the parties with time to prepare for the conference after Travelers responds to GNY's complaint. This is GNY's first request for an adjournment.

  We appreciate the Court's attention to this matter.

Application granted. The initial conference is hereby adjourned to May 17, 2024 at 4:30 p.m.

_____
Hon. Ronnie Abrams
U.S. District Judge
April 11, 2024

Respectfully submitted,

*Kelly Petter*

_____
Kelly E. Petter

Cc: Counsel of Record, by ECF