| | | |
|---|---|---|
| **Kelly E. Petter, Esq.**<br>Partner<br><br>**Direct Dial/Fax/Text**<br>860.516.9144<br><br>**Email:**<br>kpetter@GerberCiano.com | (logo)<br><br>GERBER CIANO KELLY BRADY LLP | **US Mail:**<br>Gerber Ciano Kelly Brady LLP<br>PO Box 1060<br>Buffalo, NY 14201<br><br>**Visit Us/FedEx/UPS:**<br>Gerber Ciano Kelly Brady LLP<br>100 Corporate Place, Suite 210<br>Rocky Hill, CT 06067 |

May 8, 2024

**VIA ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        RE:   *Greater New York Mutual Insurance Company v. The Travelers Indemnity Company of Connecticut,* 1:24-cv-00612-RA

Dear Judge Abrams,

    This law firm represents the interests of Greater New York Mutual Insurance Company ("GNY") in the above-referenced case. On April 4, 2024, this Court issued an order setting an initial conference for May 17, 2024 (Doc. No. 10) The Court also requested the parties submit a status letter and proposed management plan prior to the initial conference. GNY requests at least a 30 day adjournment for scheduling purposes. Defendant, The Travelers Indemnity Company of Connecticut, has agreed to this adjournment. This is GNY's second request for an adjournment.

    We appreciate the Court's attention to this matter.

Application granted. The initial pre-trial conference is hereby adjourned to June 21, 2024 at 4:30 p.m.

_____
Hon. Ronnie Abrams
U.S. District Court
May 10, 2024

Respectfully submitted,

_____
Kelly E. Petter

Cc: Counsel of Record, by ECF